UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ANTHONY NEMANICH,<br><br>Defendant. | Case No. 22cr00153-WQH<br><br>AMENDED ORDER OF CRIMINAL FORFEITURE |

On March 14, 2022, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of DANIEL ANTHONY NEMANICH ("Defendant") in the following properties, pursuant to 18 U.S.C. § 2253:

(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses has pled guilty, including:

1. AT & T Black Cellphone;
2. LG "flip" Phone - Black with Cord;
3. Gateway Video Camera with SD Card Inside;
4. White MyPassport WO Drive (SN WX21D7647K32);
5. Samsung Black Portable SSD TS (SN 4BONVOMB03585X);

//

6. Sandisk Cruzer 16 GB thumb drive;
7. Datastick pro thumb drive;
8. Sandisk Cruzer 8 GB thumb drive;
9. Black \"Ul7" thumb drive with no identifying brand;
10. Microsoft FCCID #C3K1003;
11. HP 4 GB thumb drive 098TM3AC180763;
12. Sandisk Cruzer 8 GB thumb drive;
13. Sandisk Cruzer 16 GB thumb drive;
14. Black Computer Tower - ibuypower (SN DEA2-F4A2-3001-9594);
15. Compact Computer with MicroSD Card (FCCID# 2ABCB-RP138P);
16. Google Chromecast;
17. AT&T - Alcatel Flip Cell Phone;
18. Blue External Memory - Toshiba (SN38GATNF2Tl0F);
19. TORQX2 32 GB - PT232GS25SSD-Bl;
20. Toshiba 5 TB Hard Drive (SN 38EYK396F57D);
21. WD40PURX 4 TB Hard Drive (SN WCC7K3RN754T);
22. Seagate Desktop HDD 2000 GB Drive (SN W4Z2Y9BX);
23. Black and White Google Cell Phone (Cracked/Smashed);
24. Samsung Galaxy Express 3 Cell Phone;
25. Black Amazon Tablet - Model PR5DC;
26. 64 GB SD Card;
27. Scan Disk drives;
28. Digipower thumb drive Model DPMCR4;
29. DVD Xtreme Pro "1809" 25 GB/135 Min;
30. Sandisk 128 GB thumb drive;
31. Sandisk 8 GB thumb drive - BL150525230B;
32. 32 GB thumb drive - BM160425596B;
33. Samsung Phone (IMEI 354805092588064);
34. Samsung Galaxy Note 8; and
35. External 32 GB Hard Drive TorQX2 (PT232GS25SSD-BD19All36); and

//
//

1  For thirty (30) consecutive days ending on May 01, 2022, the United States
2  published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order
3  and the United States' intent to dispose of the properties in such manner as the
4  Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the
5  Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions,
6  and further notifying all third parties of their right to petition the Court within thirty
7  (30) days of the final publication for a hearing to adjudicate the validity of their
8  alleged legal interest in the properties.

9  There were no potential third parties known to the United States to have
10 alleged an interest in the forfeited properties; therefore, no one was provided with
11 direct notice of the forfeiture.

12 Thirty (30) days have passed following the final date of notice by publication,
13 and no third party has made a claim to or declared any interest in the forfeited
14 properties described above.

15 Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED
16 that, as a result of the failure of any third party to come forward or file a petition for
17 relief from forfeiture as provided by law, all right, title and interest of DANIEL
18 ANTHONY NEMANICH and any and all third parties in the following properties are
19 hereby condemned, forfeited and vested in the United States of America:

20  (1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

21

22  (2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses has pled guilty, including:

23

24  1. AT & T Black Cellphone;
25  2. LG "flip" Phone - Black with Cord;
    3. Gateway Video Camera with SD Card Inside;
26  4. White MyPassport WO Drive (SN WX21D7647K32);
27  5. Samsung Black Portable SSD TS (SN 4BONVOMB03585X);

//

28

6. Sandisk Cruzer 16 GB thumb drive;
7. Datastick pro thumb drive;
8. Sandisk Cruzer 8 GB thumb drive;
9. Black \"Ul7" thumb drive with no identifying brand;
10. Microsoft FCCID #C3K1003;
11. HP 4 GB thumb drive 098TM3AC180763;
12. Sandisk Cruzer 8 GB thumb drive;
13. Sandisk Cruzer 16 GB thumb drive;
14. Black Computer Tower - ibuypower (SN DEA2-F4A2-3001-9594);
15. Compact Computer with MicroSD Card (FCCID# 2ABCB-RP138P);
16. Google Chromecast;
17. AT&T - Alcatel Flip Cell Phone;
18. Blue External Memory - Toshiba (SN38GATNF2Tl0F);
19. TORQX2 32 GB - PT232GS25SSD-Bl;
20. Toshiba 5 TB Hard Drive (SN 38EYK396F57D);
21. WD40PURX 4 TB Hard Drive (SN WCC7K3RN754T);
22. Seagate Desktop HDD 2000 GB Drive (SN W4Z2Y9BX);
23. Black and White Google Cell Phone (Cracked/Smashed);
24. Samsung Galaxy Express 3 Cell Phone;
25. Black Amazon Tablet - Model PR5DC;
26. 64 GB SD Card;
27. Scan Disk drives;
28. Digipower thumb drive Model DPMCR4;
29. DVD Xtreme Pro "1809" 25 GB/135 Min;
30. Sandisk 128 GB thumb drive;
31. Sandisk 8 GB thumb drive - BL150525230B;
32. 32 GB thumb drive - BM160425596B;
33. Samsung Phone (IMEI 354805092588064);
34. Samsung Galaxy Note 8; and
35. External 32 GB Hard Drive TorQX2 (PT232GS25SSD-BD19All36).

//

IT IS FURTHER ORDERED that costs incurred by the United States Marshals Service, Federal Bureau of Investigation and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that the Federal Bureau of Investigation shall dispose of the forfeited properties according to law.

**IT IS SO ORDERED.**

Dated: August 1, 2022

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court